# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT CHATTANOOGA

UNITED STATES OF AMERICA )
                     ) Case No. 1:26-cr-32
v. )
                     ) Judge Collier/Steger
HECTOR ANTONIO FLORES AMAYA )

## **O R D E R**

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation [Doc. 25] recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea as to Count One of the one count Indictment; (2) accept Defendant's guilty plea as to Count One of the one count Indictment; (3) adjudicate Defendant guilty of violating 8 U.S.C §§ 1326(a) and (b)(2); and (4) order that Defendant remain in custody until sentencing in this matter or further order of this Court.

Neither party filed a timely objection to the Report and Recommendation. After reviewing the record, the Court agrees with Magistrate Judge Steger's Report and Recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's Report and Recommendation [Doc. 25] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea as to Count One of the one count Indictment is **GRANTED**;

2. Defendant's plea of guilty to Count One of the one count Indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of violating 8 U.S.C §§ 1326(a) and (b)(2); and

4. Defendant **SHALL REMAIN** in custody until sentencing in this matter, which is scheduled to take place on **November 4, 2026, at 2:00 p.m**. before the undersigned, or until further order of this Court.

**SO ORDERED.**

**ENTER:**

**/s/**
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**